David J. Kaminski (SBN CA 128509)
Seeking Admission *Pro Hac Vice*
kaminskid@cmtlaw.com
Alex A. Wade (SBN CA 304022)
Admitted, *Pro Hac Vice*
wadea@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant
SKAGIT BONDED COLLECTORS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRIA MAJOR,<br><br>   Plaintiffs,<br><br>vs.<br><br>SKAGIT BONDED COLLECTORS, L.L.C.,<br><br>   Defendants. | Case No: 4:19-cv-05268-SAB<br><br>**JOINT STATUS REPORT** |

  Plaintiff, ANDRIA MAJOR ("Plaintiff") and Defendant, ARSTRAT, LLC ("Defendant") ("hereinafter collectively referred to as the "Parties"), through their undersigned counsel, submit the following Joint Status Report pursuant to this Court's Notice dated March 25, 2020 (ECF No. 11):

  There has been no further update since the Parties' last status report dated March 9, 2020 (ECF No. 7).

{00134009;1}
JOINT STATUS REPORT - 1
CASE NO: 4:19-CV-05268-SAB

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
wadea@cmtlaw.com

Respectfully submitted,

**CARLSON & MESSER LLP**

Dated: May 5, 2020
<u>s/ Alex A. Wade</u>
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
SKAGIT BONDED COLLECTORS, LLC

**TRIGSTED LAW GROUP PC**

Dated: May 5, 2020
<u>s/ Joshua Trigsted</u>
Joshua Trigsted
Attorney for Plaintiff,
ANDRIA MAJOR
{00134009;1}
JOINT STATUS REPORT - 2
CASE NO: 4:19-CV-05268-SAB

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
wadea@cmtlaw.com

## SIGNATURE CERTIFICATION

    I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix the electronic signatures to this document.

DATED: May 5, 2020          CARLSON & MESSER LLP

                                            By: s/ Alex A. Wade
                                            David J. Kaminski
                                            Alex A. Wade
                                            Attorneys for Defendant,
                                            SKAGIT BONDED COLLECTORS, LLC

{00134009;1}
JOINT STATUS REPORT - 3
CASE NO: 4:19-CV-05268-SAB

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
wadea@cmtlaw.com

## **CERTIFICATE OF SERVICE**

I, Alex A. Wade, hereby certify that on this 5th day of May, 2020, a true and accurate copy of the foregoing JOINT STATUS REPORT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

s/ Alex A. Wade
CARLSON & MESSER LLP

{00134009;1}
JOINT STATUS REPORT - 4
CASE NO: 4:19-CV-05268-SAB

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
wadea@cmtlaw.com