FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRIA MAJOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SKAGIT BONDED COLLECTORS, LLC,<br><br>    Defendant. | NO. 4:19-CV-05268-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation for Dismissal With Prejudice. ECF No. 17. Plaintiff is represented by Joshua Trigsted. Defendant is represented by Alex A. Wade.

    The parties stipulate and jointly request that the above-captioned action be dismissed with prejudice.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS ORDERED:**

1. Having considered the parties' Stipulation for Dismissal With Prejudice, ECF No. 17, the above-captioned action is **DISMISSED**, with prejudice. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 27th day of August 2020.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**